UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-60049-Bloom/Hunt
8 U.S.C. §§ 1326(a) and (b)(2)
18 U.S.C. § 981(a)(1)(C)

FILED BY ___SM___ D.C.

Feb 27, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

vs.

LEROY MCKENZIE
a/k/a "Leroy Rolle,"

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Reentry by Alien Previously Removed or Deported
### (8 U.S.C. §§ 1326(a) and (b)(2))

On or about December 23, 2021, in Broward County, in the Southern District of Florida, the defendant,

**LEROY MCKENZIE,**
**a/k/a "Leroy Rolle,"**

an alien, having been previously removed and deported from the United States on or about March 22, 1999, on or about January 29, 2009, and on or about June 25, 2020, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3),

202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, all in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America certain property in which the defendant, **LEROY MCKENZIE a/k/a "Leroy Rolle,"** has an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1326, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

FOR HAYDEN P. O'BYRNE (BRUCE O. BROWN)
UNITED STATES ATTORNEY

CHRISTOPHER KILLORAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-cr-60049-Bloom/Hunt

v.

Leroy Rolle
a/k/a "Leroy Rolle"
_____/
         Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [ ] Miami
- [x] FTL
- [ ] Key West
- [ ] WPB
- [ ] FTP

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I   [x] 0 to 5 days
   - II  [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV  [ ] 21 to 60 days
   - V   [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Christopher Killoran
Assistant United States Attorney
FL Bar No.    27999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   Leroy McKenzie a/k/a "Leroy Rolle"

**Case No**:  25-cr-60049-Bloom/Hunt

Count #: 1

Reentry by Alien Previously Removed or Deported

8 U.S.C. §§ 1326(a) and (b)(2)
* **Max. Term of Imprisonment: 20 Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 Years**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.